JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
LAUREN M. IBANEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Lauren.Ibanez@usdoj.gov
*Attorneys for the United States*

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD
JUL 2 - 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP WINES,<br><br>Defendant. | Case No.: 2:24-cr-0148-RFB-BNW<br><br>**CRIMINAL INDICMENT**<br><br>VIOLATIONS:<br><br>Count One:<br>18 U.S.C. §§ 922(o) and 924(a)(2) –<br>Unlawful Possession of a Machinegun<br><br>Count Two:<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) –<br>Possession of a Firearm by a Prohibited Person<br><br>Count Three:<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8) –<br>Possession of Ammunition by a Prohibited Person |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Unlawful Possession of a Machinegun*

On or about April 23, 2024, in the State and Federal District of Nevada,

**PHILLIP WINES,**

defendant herein, did knowingly possess and carry a Glock 30, Gen 4, 45-caliber semi-automatic pistol bearing serial number: BNCG816, equipped with a Machinegun Conversion Device (MCD) used to modify a semi-automatic firearm to fire as a fully automatic weapon, thereby enabling it to expel multiple projectiles (i.e., "bullets"), without manual reloading, by a single function of the trigger, in violation of Title 18 United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
*Possession of a Firearm by a Prohibited Person*

On or about April 23, 2024, in the State and Federal District of Nevada,

**PHILLIP WINES,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Conspiracy to Commit Robbery*, on or about September 9, 2021, in Clark County, Nevada under case number C-21-359348-4; did knowingly possess a firearm, to wit: an Glock 30, Gen 4, 45-caliber semi-automatic pistol bearing serial number: BNCG816, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(8).

## COUNT THREE
*Possession of Ammunition by a Prohibited Person*

On or about April 23, 2024, in the State and Federal District of Nevada,

**PHILLIP WINES,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Conspiracy to Commit Robbery*, on or about September 9, 2021, in Clark County, Nevada under case number C-21-359348-4; did knowingly

possess 31 rounds of 45 caliber ammunition, said possession being in and affecting interstate commerce and said ammunition having been shipped and transported in interstate commerce all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: this 2nd day of July, 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

LAUREN M. IBANEZ
Assistant United States Attorney